UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LYNETTE BENSON, *et al.*,

    Plaintiffs,

vs.

TABOR RECOVERY GROUP,
LLC, *et al.*,

    Defendants.

Case No. 3:25-cv-44

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING THE PARTIES' JOINT, UNOPPOSED MOTION TO SEVER AND DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT PLUMBING SOLUTIONS, INC. AND DEFENDANT PLUMBING SOLUTIONS, INC.'S COUNTERCLAIMS AGAINST PLAINTIFFS (Doc. No. 25); (2) DISMISSING WITH PREJUDICE THE CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFFS AND DEFENDANT PLUMBING SOLUTIONS, INC.; (3) DISMISSING DEFENDANT PLUMBING SOLUTIONS, INC. AS A PARTY IN THIS CASE; (4) DENYING AS MOOT PLAINTIFFS' MOTION TO DISMISS (Doc. No. 17); AND (5) CONFIRMING DEFENDANTS TABOR RECOVERY GROUP, LLC, TONY ADKINS, AND MARK RICHMOND REMAIN IN THE LITIGATION**

---

Pursuant to Fed. R. Civ. P. 21, and for good cause shown, the Court **GRANTS** the parties' joint, unopposed motion to sever and dismiss Plaintiffs' claims against Defendant Plumbing Solutions, Inc. ("Plumbing Solutions") and Defendant Plumbing Solutions' counterclaims against Plaintiffs with prejudice.[1]  Doc. No. 25.  Accordingly, the Court **DISMISSES WITH PREJUDICE** the claims and counterclaims between Plaintiffs and Defendant Plumbing Solutions.  The Court **DISMISSES** Defendant Plumbing Solutions as a party to this case and **DENIES AS MOOT** Plaintiffs' motion to dismiss Defendant Plumbing Solutions' counterclaims.

---

[1] Plaintiffs and Defendant Plumbing Solutions jointly filed the motion.  Doc. No. 25 at PageID 133-34.  Defendants Tabor Recovery Group, LLC, Tony Adkins, and Mark Richmond did not join or oppose the motion, and the time for doing so has passed.  S.D. Ohio Civ. R. 7.2(a)(2).

Doc. No. 17. The Court **CONFIRMS** that Defendants Tabor Recovery Group, LLC, Tony Adkins, and Mark Richmond remain in the litigation.

    **IT IS SO ORDERED.**

<u>August 13, 2025</u>                           <u>s/*Michael J. Newman*</u>
                                                         Hon. Michael J. Newman
                                                         United States District Judge